IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   14-cv-00244-AP

JERRY A. CASTELLO,
    Plaintiff,

    v.

CAROLYN W. COLVIN,
    Acting Commissioner of Social Security,
    Defendant.

_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1.     APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

    For Plaintiff:
    Michael W. Seckar
    402 W. 12th Street
    Pueblo, CO 81003
    719-543-8636
    719-543-8403 (facsimile)
    seckarlaw@mindspring.com

    For Defendant:
    John F. Walsh
    United States Attorney

    J. Benedict García
    Assistant United States Attorney
    United States Attorney's Office
    J.B.Garcia@usdoj.gov

    Sarah Van Arsdale Berry
    Special Assistant United States Attorney
    Office of the General Counsel
    Social Security Administration
    1961 Stout Street, Suite 4169
    Denver, CO 80294-4003
    Telephone: 303-844-1570
    Email: sarah.berry@ssa.gov

**2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction under the Social Security Act, 42 U.S.C. §§ 405(g), 1383(c)(3).

**3.    DATES OF FILING OF RELEVANT PLEADINGS**

   **A.    Date Complaint Was Filed:  January 28, 2014**

   **B.    Date Complaint Was Served on U.S. Attorney's Office:  March 5, 2014**

   **C.    Date Answer and Administrative Record Were Filed:  April 24, 2014**

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of her knowledge, Plaintiff states that the record is complete and accurate.

To the best of her knowledge, Defendant states that the record is complete and accurate.

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.    STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7.    OTHER MATTERS**

This case is *not* an appeal from a decision issued on remand.  The parties have no other matters to bring to the attention of the Court.

**8.    BRIEFING SCHEDULE**

   **A.    Plaintiff's Opening Brief Due:         June 30, 2014**

   **B.    Defendant's Response Brief Due:       August 8, 2014**

   **C.    Plaintiff's Reply Brief (If Any) Due:  August 25, 2014**

**9.      STATEMENTS REGARDING ORAL ARGUMENT**

      **A.      Plaintiff's Statement:** Plaintiff does not request oral argument.

      **B.      Defendant's Statement:** Defendant does not request oral argument.

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

      **A.      ( X )   All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

      **B.      (   )     All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S</u> <u>CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 14th day of May, 2014.

                                              BY THE COURT:

                                              *s/John L. Kane*
                                              U.S. DISTRICT COURT JUDGE

APPROVED:

    UNITED STATES ATTORNEY
    John F. Walsh
    United States Attorney

J. Benedict García
Assistant United States Attorney
United States Attorney's Office
J.B.Garcia@usdoj.gov

s/ Michael W. Seckar      By: s/ Sarah Van Arsdale Berry
402 W. 12th Street      Special Assistant U.S. Attorney
Pueblo, CO 81003      1961 Stout St., Suite 4169
719-543-8636      Denver, CO 80294-4003
719-543-8403 (facsimile)      303-844-1570
seckarlaw@mindspring.com      303-844-0770 (facsimile)
     sarah.berry@ssa.gov

Attorney for Plaintiff

    Attorneys for Defendant